# Administrative Transfer

MvRqNo: 103265

**From: K. Brann Wade, Chief Classification Officer**
**Mary Ann Chaney, Deputy Classification Officer**
**Pam Martin, Deputy Classification Officer**

Last Name: STEFANO
First Name: TREVOR
REDACTED DOB | OBSCIS #: 506410
Transfer From: Goose Creek CC
Transfer To: Palmer CC
Custody: Medium     Comments

Approved for PCC TLC program

Thursday, February 06, 2014

Exhibit A
1 of 1