Billy Jack Wiglesworth
ACOMS # 312870
Goose Creek Correctional Center
P.O. Box 877790
Wasilla, Alaska 99687-7790
PH # (907) 864-8100




RECEIVED

MAR 1 2 2014

U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TREVOR J. STEFANO, )
    Plaintiff, )
    v. )
AMY RABEAU, et al., )
    Defendants. )  Case No. 3:13-cv-00198-TMB
_____)

### AFFIDAVIT OF BILLY JACK WIGLESWORTH
(In Support of Motion for Reconsideration ...)

I, Billy Jack Wiglesworth, declare under penalty of perjury:

1. I am a witness in the above captioned matter, being over 18 years of age and fully competent to make this affidavit. I have personal knowledge of the information stated herein, and all facts are true and correct.

2. My mother has a PACER account so that I can track my own Federal action currently pending in Colorado. See Wiglesworth v. Pagel, et al., 1:13-cv-00957-KMT.

3. On March 7, 2014, Mr. Stefano received the Court's order denying Mr. Stefano's request for ADR. We both noticed that the order identified that the Defendants had opposed the request for ADR. Since I knew that Mr. Stefano had not received a copy of the Defendants' opposition, I called home and asked

**Affidavit of Billy Jack Wiglesworth**    Page 1 of 2
Stefano v. Rabeau, et al.
Case No. 3:13-cv-00198-TMB

my mother if she would get on PACER and look up Mr. Stefano's case, so that we might learn what the Defendants' had opposed. My mother read the entry at Document 18, filed on February 19, 2014, having the title "OPPOSTITION TO REQUEST FOR APPOINTMENT OF SETTLEMENT JUDGE." That document also stated:

> Stefano has already been informed directly by a Department of Corrections official that the DOC is not interested in settlement at this time.[1] Defense counsel believes that appointing a settlement judge at this early stage of litigation would only waste the court's time.
>
> ...
>
> 1. DOC is not, of course, a party to this case. However, the concessions that Stefano seeks in exchange for dismissal of this suit can only be granted by DOC, not by any of the individual Defendants.

4. On February 11, 2014, Chaplain Barney Swaney came into Hotel module and talked to Mr. Stefano. I was close enough to the two of them to overhear the conversation. Chaplain Swaney informed Mr. Stefano that he was accepted into the Palmer Correctional Center's Theraputic Living Community contingent upon Mr. Stefano settling this case.

Pursuant to 28 U.S.C. § 1746, I, Billy Jack Wiglesworth, declare under penalty of perjury that the foregoing is true and correct.

Executed On: **March 9, 2014, at WASILLA, ALASKA.**

Billy Jack Wiglesworth
ACOMS # 312870
GCCC/ P.O. Box 877790
Wasilla, Alaska 99687-7790

**Affidavit of Billy Jack Wiglesworth**　　　　　　　　　　　　　　　　Page 2 of 2
Stefano v. Rabeau, et al.
Case No. 3:13-cv-00198-TMB