Matthias R. Cicotte
Assistant Attorney General
310 K St., Suite 403
Juneau, AK 99811-0300
Telephone: (907)269-6379
Attorney for Defendants
Amy Rabeau
Chris Olsen, and
Jason Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TREVOR STEFANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMY RABEAU, CHRIS OLSEN, ) <br> and JASON BROWN ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:13 cv-00198 TMB |

## **NOTICE OF SETTLEMENT**

Defendants Amy Rabeau, et al, by and through Assistant Attorney General for the State of Alaska, Matthias Cicotte, hereby give notice to the court that the parties have agreed to settle this case. Plaintiff has signed a stipulation of dismissal, and defense counsel will sign and file the stipulation it once it arrives at counsel's office.

Dated this 28th day of April, 2015.

CRAIG W. RICHARDS

ATTORNEY GENERAL

By: s/ Matthias Cicotte
Assistant Attorney General
State of Alaska, Department of Law
Criminal Division Central Office
310 K Street, Suite 403
Anchorage, AK 99501
Telephone: 269-6379
Email: Matthias.Cicotte@alaska.gov
AK Bar No. 0811065

**Certificate of Service**

I certify that on April 28, 2015 a copy of the foregoing
Entry of Appearance was served by mail on
Trevor Stefano
Goose Creek Correctional Center
PO Box 877790
Wasilla, AK 99687

s/ Matthias Cicotte